

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00330-CV

ALFREDO EMILO CORRAL                                          APPELLANT

V.

THE STATE OF TEXAS AND THE                                    APPELLEES
CITY OF WICHITA FALLS

-----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On August 20, 2012, and September 6, 2012, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Also, on September 11, 2012, we notified appellant, in accordance with rule of appellate procedure 35.3(a)(2), that we would dismiss the appeal for want of prosecution unless payment arrangements were made for the clerk's record and this court was provided with proof of payment by September 21, 2012. *See* Tex. R. App. P. 35.3(a)(2). No response has been received.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] and because appellant has not made payment arrangements for the clerk's record, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b)-(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: September 27, 2012

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).